■ THE PEOPLE OF THE STATE OF NEW YORK, v JOY WOSU, Defendant. [683 NYS2d 458] —Motion for review and determination, and for other relief denied. Memorandum: "[I]n the

absence of an authorizing statute no direct appeal lies" from an order denying a motion to inspect Grand Jury minutes (*Matter of Miranda v Isseks*, 41 AD2d 176, 177; *see, Matter of Hudson v Albany County Grand Jury*, 165 AD2d 966, 967). In addition, no direct appeal lies from an order denying a motion for disclosure of a presentence report (*see, People v Wright*, 206 AD2d 337, *lv denied* 84 NY2d 873). Present—Denman, P. J., Hayes, Balio and Boehm, JJ.